# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 196 WAL 2022
:
        Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
JAMES L. DAVIS, :
:
        Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 197 WAL 2022
:
        Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
JAMES L. DAVIS, JR., :
:
        Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 198 WAL 2022
:
        Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
JAMES DAVIS, JR., :
:
        Petitioner :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.